IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
WESTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:23-cv-00414-SJD ) |
| v. | ) Judge Susan J. Dlott ) |
| PATRICIA YORK, LINDA YORK, and NANCY HUDSON, | ) Proposed Order Granting Motion to Dismiss ) MetLife Only ) |
| Defendants. | ) ) ) |

## ORDER GRANTING MOTION TO DISMISS
## METROPOLITAN LIFE INSURANCE COMPANY ONLY

This matter is before the Court on Plaintiff's Motion to Dismiss Metropolitan Life Insurance Company Only. The Court, having reviewed said Motion and being duly advised, now GRANTS same.

IT IS THEREFORE ORDERED that Plaintiff, Metropolitan Life Insurance Company ("MetLife"), is hereby dismissed from this action, with prejudice, and that MetLife, the employee welfare benefit plan and policy at issue in this interpleader action (the "Plan" and the "Policy"), and General Motors LLC ("GM" or the "Employer"), are discharged from any further liability relating to any claim for the life insurance benefits at issue in this interpleader action.

IT IS FURTHER ORDERED that this cause of action shall continue as to the Defendants so they can litigate their claims among themselves, and once resolved, the Plan Benefits that have been deposited with the Clerk of this Court will be disbursed to one or more Defendants as directed by the Court.

IT IS SO ORDERED.

Dated: __Jan 16,_____, 2024.

_____
Judge, United States District Court